| 1  | HEATHER E. WILLIAMS, #122664 |
|    | Federal Defender |
| 2  | DAVID HARSHAW, KY Bar # 86435 |
|    | Assistant Federal Defender |
| 3  | 801 I Street, 3rd Floor |
|    | Sacramento, CA 95814 |
| 4  | Tel: 916-498-5700/Fax 916-498-5710 |

Attorneys for Defendant
JUSTIN LARUE CORBISEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-00041-JDP |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| JUSTIN LARUE CORBISEZ, | NEXT DATE: November 28, 2018 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the Plaintiff, and Assistant Federal Defender David Harshaw, counsel for Justin L. Corbisez, that the Court modify the conditions of release.

At Mr. Corbisez's arraignment on August 22, this Court ordered him not have any contact with his sister, Janae Corbisez, with whom he had an altercation. There was, however, an exception to the no contract order. This Court did allow contact for the siblings to ride back to San Diego together. This Court further ordered Mr. Corbisez not to consume any alcohol.

The parties now stipulate that Mr. Corbisez can be relieved of both conditions. The trip back to San Diego from Yosemite was without incident. In the two months since Mr. Corbisez's arraignment, nothing remarkable has occurred. Further, counsel for Plaintiff contacted Ms. Corbisez, and she is fine with contact between the siblings resuming.[1] As to the alcohol

---

[1] At the arraignment, this Court said that it would revisit the conditions of release as early as the following week. Lest this Court think that the two-month passage of time has something to do with reluctance by either Ms. Corbisez

-1-

condition, the parties believe that it is appropriate to have it be the standard release condition of no excessive use of alcohol.

DATED: October 24, 2018        Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ David Harshaw*
                                           DAVID HARSHAW
                                           Assistant Federal Defender

                                           Attorneys for JUSTIN LARUE CORBISEZ

DATED: October 24, 2018        MCGREGOR W. SCOTT
                                           United States Attorney

                                           */s/ Susan St. Vincent*
                                           SUSAN ST. VINCENT
                                           Yosemite Legal Officer
                                           Attorney for Plaintiff

---

or the government to have the no contact order lifted earlier; suffice it to say that there have been some communication issues that have prevented this stipulation from being entered into sooner.

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the conditions for release for Justin Larue Corbisez, Case No. 6:18-MJ-00041-JDP, are modified to allow contact with his sister, Janae Corbisez, and to allow him to consume alcohol but not to excess.

IT IS SO ORDERED.

Dated:   October 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE