| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DAVID HARSHAW, KY Bar # 86435 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |

Attorneys for Defendant
JUSTIN LARUE CORBISEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-00041-JDP |
|---|---|
| Plaintiff, | UNOPPOSED MOTION AND ORDER TO GRANT A RULE 43 WAIVER FOR NON-DISPOSITIVE HEARINGS |
| v. | |
| JUSTIN LARUE CORBISEZ, | NEXT DATE: November 28, 2018 |
| Defendant. | TIME           10:00 a.m. |
| | JUDGE:     Hon. Jeremy D. Peterson |

Defendant Justin Corbisez, by counsel, hereby requests a Rule 43 waiver so that he does not have to attend non-dispositive court hearings in this case.  To begin, Mr. Corbisez lives in San Diego, California.  Travel to Yosemite would be a hardship, as it is a half-day's drive.  That said, Mr. Corbisez was planning on attending the upcoming November 27, 2018 court date with his brother, Jason Corbisez.  Both Justin and Jason were arrested in separate incidents in Yosemite in August.  Jason has a driver's license, while Justin does not.  However, Jason, who has yet to be arraigned cannot currently drive his brother for reasons that will be detailed in his own separate motion for a video arraignment.

Mr. Corbisez has been fully informed by counsel of his right to attend all hearings in this case, and knowingly waives that right insofar as it pertains to non-dispositive hearings.

Full discovery has occurred in the case and plea negotiations are underway.

The government, after consultation, does not oppose this motion.

-1-

| | |
|---|---|
| DATED: November 20, 2018 | Respectfully submitted, |

HEATHER E. WILLIAMS
Federal Defender

*/s/ David Harshaw*
DAVID HARSHAW
Assistant Federal Defender

Attorneys for JUSTIN LARUE CORBISEZ

## ORDER

The court grants Justin Larue Corbisez, in Case No. 6:18-MJ-00041-JDP, a Rule 43 waiver for non-dispositive hearings in this matter. However, the court reserves the right at any time to require defendant's presence at any hearing.

IT IS SO ORDERED.

Dated: __November 21, 2018__                              _____
                                                                                    UNITED STATES MAGISTRATE JUDGE