1    HEATHER E. WILLIAMS, CA SBN #122664
     Federal Defender
2    BENJAMIN A. GERSON, NY BAR #5505144
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorney for Defendant
     JUSTIN CORBISEZ
7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 6:18-mj-00041-JDP

12          Plaintiff,                      **STIPULATION TO VACATE
                                            REVIEW HEARING; ORDER**
13   vs.

14   JUSTIN CORBISEZ,

15          Defendant.

16

17          The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite

18   National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal

19   Defender, counsel for the defendant, Justin Corbisez, hereby stipulate and jointly move this

20   Court to vacate the review hearing currently calendared for July, 2020.

21          On January 5, 2019, the Honorable Jeremy D. Peterson sentenced Mr. Corbisez to a term

22   of 18 months unsupervised probation, attend AA meetings or a similar program once per week

23   for 6 months and to pay a fine and special assessments totaling $500.00.  Mr. Corbisez has paid

24   his fine in full and has attended counselling through Episcopal Community Services in El Cajon,

25   CA. He is in compliance with all terms of probation. The undersigned defense counsel

26   respectfully moves the court to vacate the review hearing.  The government does not object.

27   //

28   //

1                           Respectfully submitted,

2

                           McGREGOR W. SCOTT

3                           United States Attorney

4   Dated:  July 6, 2020                 */s/ Susan St. Vincent*
                               SUSAN ST. VINCENT

5                           Acting Legal Officer
                           National Park Service

6                           Yosemite National Park

7

8                           HEATHER E. WILLIAMS
                           Federal Defender

9

10  Dated: July 6, 2020                */s/ Benjamin A. Gerson*
                                 BENJAMIN A. GERSON

11                          Assistant Federal Defender
                           Attorney for Defendant

12                           JUSTIN CORBISEZ

13

14

15

16

17                              **ORDER**

18       Based on the parties' joint representation that Mr. Corbisez is in compliance with the

19  conditions of his probation, the court vacates the review hearing in case 6:18-mj-00041-JDP

     scheduled for July 7, 2020, at 10:00 a.m.

20

21

22  IT IS SO ORDERED.

23

     Dated:   July 6, 2020                                     

24                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

Corbisez – Stipulation to
Vacate Review Hearing           2