UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUSTIN LARIE CORBISEZ,<br><br>Defendant. | Case No.  6:18-mj-0041<br><br>ORDER GRANTING CONSTRUED MOTION TO REMIT<br><br>(Doc. No. 19) |

Pending before the Court is the parties Joint Motion to Modify Sentence. (Doc. No. 19). The parties request the Court to reduce the fine in this case from $500.00 to $450.00. (*Id*.). On January 15, 2019, Defendant was sentenced to 18 months of unsupervised probation, required to attend either anger management or AA meetings, and assessed a $500.00 fine, *inter alia*. (Doc. No. 13). To date, Defendant paid $450.00 of the fine but otherwise has complied with all other terms of his probation.

Accordingly, it is **ORDERED**:

The Joint Motion to Modify Sentence (Doc. No. 19) is GRANTED to the extent pursuant to 18 U.S.C. § 3573(1), in the furtherance of justice, the Court remits $50.00 of the $500.00 fine.

Dated:  March 9, 2022

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28